UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18-CR-192 |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| SUHAIL FAROOQ, | ) | |
| Defendant. | ) | (Electronically Filed) |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on June 25, 2019, ordering the defendant to forfeit:

a. $40,361 in U.S. Currency representing proceeds of wire fraud that were personally obtained and later dissipated by Suhail Farooq;

b. $10,246 in U.S. Currency, seized from the defendant on June 21, 2018;

c. USPS Money Order #25156137475, in the amount of $198.00 seized from the defendant on June 21, 2018; and

d. approximately 600 gift cards, valued at approximately $6,438.86, seized from the defendant on June 21, 2018.

Because the defendant dissipated the above-described property constituting proceeds of wire fraud, the United States seeks, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of the dissipated proceeds.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

> (1) All right, title, and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described property are hereby condemned, forfeited and

vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 9th day of December 2019.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
CHIEF UNITED STATES DISTRICT JUDGE